IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LIBERTY SURPLUS INSURANCE CORPORATION, | : : : | CIVIL ACTION |
| v. | : : : | |
| AXA INSURANCE COMPANY and AXA CORPORATE SOLUTIONS ASSURANCE, S.A., et al. | : : : | No. 16-4977 |

**O R D E R**

**AND NOW**, this 10th day of October, 2017, upon consideration of Plaintiff's Motion for Leave to Seek Jurisdictional Discovery (Doc. No. 47), as well as the replies and responses thereto, **I HEREBY ORDER:**

1. Plaintiff's motion is **GRANTED IN PART and DENIED IN PART**. Limited jurisdictional discovery is **GRANTED** as to Defendant AXA Corporate Solutions Assurance, S.A, Inc., and **DENIED** as to Defendant AXA Insurance Company; and

2. Defendant AXA Corporate Solutions Assurance, S.A, Inc.'s, motion to dismiss (Doc. No. 34) shall be **STAYED** during the pendency of jurisdictional discovery.

**IT IS FURTHER ORDERED** that:

3. By no later than **October 25, 2017**, Plaintiff may serve no more than ten (10) interrogatories upon Defendant AXA Corporate Solutions Assurance, S.A., limited to the issue of personal jurisdiction;

4. Plaintiff may conduct no more than three (3) depositions limited to the issue of personal jurisdiction. Depositions shall be completed no later than **December 8, 2017**, and may be conducted by telephone or video conference; and

5. The parties will submit supplemental filings by **December 22, 2017**, with responses due **January 5, 2017**.

BY THE COURT:


*/s J. William Ditter, Jr.*
J. WILLIAM DITTER, JR., J.