IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LIBERTY SURPLUS INSURANCE CORPORATION, | : : : | CIVIL ACTION |
| v. | : : : | |
| AXA INSURANCE COMPANY and AXA CORPORATE SOLUTIONS ASSURANCE, S.A., et al. | : : : | No. 16-4977 |

**O R D E R**

**AND NOW**, this 26th day of June, 2018, upon consideration of Defendant AXA Corporate Solutions Assurance S.A.'s motion to dismiss (Doc. No. 34), Plaintiff's response, and the parties' supplemental filings after the completion of jurisdictional discovery, **I HEREBY ORDER** that Defendant AXA Corporate Solutions Assurance S.A.'s motion to dismiss is **GRANTED**.

BY THE COURT:

*/s/ J. William Ditter, Jr.*
J. WILLIAM DITTER, JR., J.